# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**311**
**CA 10-02142**
PRESENT: SMITH, J.P., FAHEY, CARNI, AND LINDLEY, JJ.

---

LINDA GALLEY, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

GARY CLARK, DEFENDANT-APPELLANT.

---

WILLIAMSON, CLUNE & STEVENS, ITHACA (JOHN H. HANRAHAN, III, OF COUNSEL), FOR DEFENDANT-APPELLANT.

PAUL WILLIAM BELTZ, P.C., BUFFALO (DEBRA A. NORTON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered May 28, 2010 in a personal injury action. The order denied the motion of defendant for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 25, 2011                                    Patricia L. Morgan
                                                           Clerk of the Court